

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00396-CR

Roy **ALVAREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6084
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. The appellant's brief is due November 23, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

Keith E. Hottle
Clerk of Court